## BROWN v. MORGAN.

No. 148.   Opinion Filed July 13, 1909.

(103 Pac. 668.)

**JUSTICES OF THE PEACE—Defect of Parties on Appeal.** If, from the judgment of a justice of the peace against three defendants, one of them appeals to the county court, in his own name, without joining the others, the appeal should be dismissed.

(Syllabus by the Court.)

*Error from Pushmataha County Court; L. P. Davenport, Judge.*

Action in a justice's court by J. S. Morgan against W. J. Brown, H. A. Higgs, and W. C. Spencer. There was a judgment for plaintiff, and defendant Brown alone appealed to the county court, where plaintiff again had judgment, and Brown brings error. Petition in error dismissed.

*A. J. Arnote* and *C. E. Dudley,* for plaintiff in error.
*John Cocke,* for defendant in error.

TURNER, J.   On December 20, 1907, J. S. Morgan, defendant in error, plaintiff below, brought suit before a justice of the peace in and for Antlers township, Pushmataha county, against H. A. Higgs, W. C. Spencer, and W. J. Brown for $135.05 for work and labor done and $15 attorney's fees, and after joint answer filed by Higgs and Spencer, admitting $135.45 of the debt sued for, and denying liability for attorney's fees, and after general denial of indebtedness by Brown, on January 2, 1908, there was judgment for plaintiff and against defendants for $151.05 debt and $15 attorney's fees, from which said judgment Brown alone appealed to the county court of that county.

As in *W. J. Brown v. H. R. G. Yates* (recently decided by this court), *ante,* p. 231, 103 Pac. 667, the appeal in this case is dismissed, and for the same reason.

Dunn, Hayes, and Williams, JJ., concur; Kane, C. J., not participating.